UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRYANT ANTHONY BYRD,

                             **Plaintiff,**

                     v.                                                          9:16-CV-1369
                                                                                       (FJS/DJS)

**JON MILLER, Facility Medical Director,**
**Coxsackie Correctional Facility,**

                             **Defendant.**
_____

**APPEARANCES**                                     **OF COUNSEL**

**BRYANT ANTHONY BYRD**
**15-B-3082**
Groveland Correctional Facility
7000 Sonyea Road
Sonyea, New York 14556
Plaintiff *pro se*

**OFFICE OF THE NEW YORK**          **MATTHEW P. REED, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      Plaintiff commenced this civil rights action pursuant to 42 U.S.C. § 1983, alleging that Defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. *See generally* Dkt. No. 1, Complaint. Defendant filed a motion for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure. *See* Dkt. No. 24. Plaintiff opposed the motion. *See* Dkt. No. 28. In a Report-Recommendation and Order dated September 27, 2018, Magistrate Judge Stewart recommended that this Court grant Defendant's motion and dismiss this case.

*See* Dkt. No. 30 at 11. The parties did not file any objections to those recommendations.

"When a party does not object to a magistrate judge's recommendations, the court reviews those recommendations for clear error or manifest injustice." *Ward v. Lee*, No. 9:16-CV-1224, 2018 WL 3574872, *1 (N.D.N.Y. July 25, 2018) (citation omitted). "After conducting this review, 'the Court may "accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge."'" *Id*. (quoting [*Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009)] (quoting 28 U.S.C. § 636(b)(1)(C))).

Having reviewed Magistrate Judge Stewart's Report-Recommendation and Order for clear error and manifest injustice, and finding none, the Court hereby

**ORDERS** that Magistrate Judge Stewart's September 27, 2018 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendant's motion for summary judgment, *see* Dkt. No. 24, is **GRANTED** and Plaintiff's complaint, *see* Dkt. No. 1, is **DISMISSED in its entirety with prejudice**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 29, 2018
  Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge